

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 APR -5 P 3: 41

LORETTA G. WHYTE
CLERK

33476

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IRON WORKERS MID-SOUTH PENSION FUND, ET AL | CIVIL ACTION |
| VERSUS | NO. 00-0131 |
| EASTEX STEEL ERECTORS, INC., ET AL | SECTION G(1) |

### EX PARTE MOTION AND ORDER
### FOR EXTENSION OF TIME TO ANSWER

**NOW INTO COURT**, through undersigned counsel, comes defendant, Peterson Beckner Industries, Inc., and upon suggesting to the Court that they desire an extension of 20 days within which to investigate the allegations of the original Complaint and answer or otherwise plead with full reservations of all their rights; and,

Upon further suggesting to the Court that opposing counsel has not filed an objection to this requested extension; and,

Upon further suggesting to the Court that no previous extensions have been granted; and,

Moves the Court for an Order granting an extension of 20 days within which to answer or otherwise plead.

DATE OF ENTRY
APR 7 2000

Respectfully Submitted,

_____
F. M. Stoller, Bar No. 12495
MCCLOSKEY, LANGENSTEIN & STOLLER
1250 Poydras St., Suite 400
New Orleans, LA 70113-1812
Telephone: (504) 568-1750
Facsimile: (504) 525-4506

Attorneys for
Peterson Beckner Industries, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record by placing same in the United States mail, postage prepaid and properly addressed this 5 day of April, 2000.

_____
F. M. Stoller

33476

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IRON WORKERS<br>MID-SOUTH PENSION FUND, ET AL | CIVIL ACTION |
| VERSUS | NO. 00-0131 |
| EASTEX STEEL ERECTORS, INC., ET AL | SECTION G(1) |

## ORDER

**IT IS HEREBY ORDERED**, that defendant, Peterson Beckner Industries, Inc., be, and the same is hereby granted an additional 20 days within which to file an answer or otherwise plead to the original Complaint.

New Orleans, Louisiana, this 6th day of April, 2000.

_____
UNITED STATES DISTRICT JUDGE