```
                                            FILED
                                        U.S. DISTRICT COURT
                                      EASTERN DISTRICT OF LA

                                       2000 JUL 18 PM 1:27

                                        LORETTA G. WHYTE
                                             CLERK
```

MINUTE ENTRY
SEAR, J.
JULY 17, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IRON WORKERS MID-SOUTH PENSION FUND | CIVIL ACTION |
| VERSUS | NO. 00-131 |
| EASTEX STEEL ET AL | SECTION "G" |

Service has not been made upon the following defendant(s):

**Eastex Steel Erectors, Inc.**
**William Supan**

Fed. R. Civ. P. 4(m) provides:

If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the Court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice

DATE OF ENTRY
JUL 1 8 2000



as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the Court shall extend time for service for an appropriate period.

Accordingly, unless service is made on the named defendant(s) withhin 120 days of the filing of the complaint or unless within that time you show good cause **in writing** for having failed to do so, plaintiff's claims against the named defendant(s) will be dismissed without further notice.

_____
MOREY L. SEAR
UNITED STATES DISTRICT JUDGE