

MINUTE ENTRY
AUGUST 14, 2000
SEAR, J.

                UNITED STATES   DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA

    The following case will be called on Wednesday, September 6, 2000 at 9:30 a.m. before the Honorable Morey L. Sear, United States District Judge, Room C-268, 500 Camp St. New Orleans, Louisiana.
    Counsel are ordered to enter a default against the defendants who have not filed answers or to show good cause in writing 48 hours prior to the scheduled date or in open court at the appointed time why default has not been entered. Failure to show good cause will result in dismissal of the action for failure to prosecute in accordance with F.R.Civ.P. 41(b).


99-3865    TITAN INTERNATIONAL, INC. vs. INGRAM BARGE CO.
            (As to 3rd party deft Intercoastal Barge Cleaning, Inc.)

00-131     IRON WORKERS MID-SOUTH PENSION FUND vs. BOARD OF TRUSTEES

00-1625    KATHRYN JACKSON vs. NEW COMMODORE CRUISE LINES

00-1571    CARLA H. SAVADGE vs. HIBERNIA BANK

                                        _____
                                            MOREY L. SEAR
                                  UNITED STATES DISTRICT JUDGE


DATE OF ENTRY  AUG 15 2000

