

MINUTE ENTRY
SEPTEMBER 12, 2000
SEAR, J.

                UNITED STATES  DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA

    The following case will be called on Wednesday, October 4, 2000 at 9:30 a.m. before the Honorable Morey L. Sear, United States District Judge, Room C-268, 500 Camp St. New Orleans, Louisiana.
    Counsel are ordered to enter a default against the defendants who have not filed answers or to show good cause in writing 48 hours prior to the scheduled date or in open court at the appointed time why default has not been entered. Failure to show good cause will result in dismissal of the action for failure to prosecute in accordance with F.R.Civ.P. 41(b).


99-1687    TIMOTHY T. BECK vs. JET EQUIPMENT & TOOLS, INC.
              (As to 3rd pty. defendants Jinhua Vehicles Factory and
              Zhejiant Machinery & Equipment Import/Export Corp.)

99-3815    WAYNE LEBLEU & ASSOC. vs. JOHN RAYMOND KRAWCHISON
              (As to Newport Co.)

00-131     IRON WORKERS MID-SOUTH PENSION FUND vs. EASTEX STEEL

00-1929    OLYMPIC MARINE CO. vs. STEVEDORE'S INC.

00-2150    TATRA BANKA A S vs. M/V EEMCARIB


                                                _____
                                                  MOREY L. SEAR
                                        UNITED STATES DISTRICT JUDGE


DATE OF ENTRY  SEP 13 2000

