```
                                              FILED
                                         U.S. DISTRICT COURT
                                        EASTERN DISTRICT OF LA

                                         2000 OCT 10  AM 8:41

                                           LORETTA G. WHYTE
                                                CLERK
```

MINUTE ENTRY
SEAR, JUDGE
October 6, 2000

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IRON WORKERS MID-SOUTH PENSION FUND ET AL | CIVIL ACTION |
| VERSUS | NO. 00-131 |
| EASTEX STEEL ERECTORS, INC. ET AL | SECTION "G" |

### ORDER OF DISMISSAL

The Court having been advised by counsel for the plaintiff that the parties to this action have firmly agreed upon a compromise as to the plaintiff's claims, and that they need only execute releases in accordance with their agreement;

IT IS ORDERED that plaintiff's claims against defendants are hereby dismissed without costs, but without prejudice to the right, upon good cause shown, within 60 days, to seek summary judgment enforcing the compromise if it is not consummated by that time.

COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, <u>EVERY WITNESS</u> MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.

_____
MOREY L. SEAR
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
OCT 11 2000

